UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

REGINA BLACK

    Defendant.
_____/

Case No. 19-20616

Hon. George Caram Steeh

ORDER DENYING REQUEST TO REDUCE
RESTITUTION PAYMENTS (ECF NO. 50)

    Defendant Regina Black has submitted a letter to the court, which it will construe as a motion. Black seeks to terminate or reduce the amount she is required to pay toward restitution while incarcerated. Black was sentenced on December 9, 2021 to a term of confinement and a criminal restitution penalty of $1,092,231.88. The Judgment provides that if imprisonment is imposed, "payment of criminal monetary penalties is due during imprisonment." ECF No. 46, PageID.267. The Judgment contemplates payments under the Inmate Financial Responsibility Program while Black is incarcerated. Black signed an Inmate Financial Plan as part of the Inmate Financial Responsibility Program, agreeing to pay $148 per month. ECF No. 50, PageID.279. The fact that Black signed the Plan under

-1-

protest so she would not lose other privileges is of no consequence. Once Black is released from custody and is on supervised release, a payment plan will be set by the Court based on an assessment of her ability to pay at that time, and payment will commence within 30 days after her release. ECF No. 46, PageID.267.

Accordingly, IT IS HEREBY ORDERED that Black's request for a reduction in payments toward restitution while she is in custody (ECF No. 50) is DENIED.

Dated: January 12, 2023

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 12, 2023, by electronic and/or ordinary mail and also on Regina Black #57830-039, FPC Alderson Federal Prison Camp, Glen Ray Rd. Box A, Alderson, WV 24910.

s/Brianna Sauve
Deputy Clerk